UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BERNE,<br>          Plaintiff,<br>    v.<br>GARIBALDI'S ON PRESIDIO, INC., et al.,<br>          Defendants.<br>_____/ | No. C09-873 JSW MED<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANTS KI LAU, MABEL NG AND DAVID NG, AND PLAINTIFFS SAN FRANCISCO TENANTS UNION AND HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO**<br><br>Date:     November 9, 2009<br>Time:    10:00 a.m.<br>Mediator:  Howard Herman |

IT IS HEREBY ORDERED that defendants Ki Lau, Mabel Ng and David Ng, and the carrier representative for Admiral Insurance Company are excused from personally appearing at the November 9, 2009, mediation before Howard Herman. These parties shall be available to participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

| | | |
|---|---|---|
| October 28, 2009 | By: | *Elizabeth D. Laporte* |
| Dated | | Elizabeth D. Laporte<br>United States Magistrate Judge |