1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

BERNE,

              Plaintiff,

     v.

GARIBALDI'S ON PRESIDIO, INC., et al.,
           Defendants.
_____/

No. C09-873 JSW MED

**ORDER APPROVING TELEPHONIC
APPEARANCE AT MEDIATION BY
DEFENDANTS KI LAU, MABEL NG
AND DAVID NG, AND PLAINTIFFS
SAN FRANCISCO TENANTS UNION
AND HOUSING RIGHTS
COMMITTEE OF SAN FRANCISCO**

Date:     November 9, 2009
Time:     10:00 a.m.
Mediator:  Howard Herman

     IT IS HEREBY ORDERED that defendants Ki Lau, Mabel Ng and David Ng, and the carrier

representative for Admiral Insurance Company are excused from personally appearing at the

November 9, 2009, mediation before Howard Herman.  These parties shall be available to

participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10.

     IT IS SO ORDERED.

October 28, 2009      By: _____

Dated

_____
Elizabeth D. Laporte
United States Magistrate Judge