MICHAEL D. BRUNO (SBN: 166805)
JON C. YONEMITSU (SBN: 238961)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mbruno@gordonrees.com
jyonemitsu@gordonrees.com

Attorneys for Defendants
GARIBALDI'S ON PRESIDIO, INC., JOHN HURLEY,
EDWARD S. NG, KI LAU, MABEL NG AND DAVID N. NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE, | CASE NO. C09-00873 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT TO THE CONSENT DECREE AND ORDER** |
| vs. | |
| GARIBALDI'S ON PRESIDIO, INC.; JOHN HURLEY; EDWARD S. NG; KI LAU; MABEL NG; DAVID N. NG; and DOES 1-10, Inclusive, | |
| Defendants. | |

Plaintiff PATRICIA BERNE ("Plaintiff") and Defendants GARIBALDI'S ON PRESIDIO, INC., JOHN HURLEY, EDWARD S. NG, KI LAU, MABEL NG and DAVID N. NG (collectively referred to as "Defendants"), through their attorneys of record, hereby stipulate to amend the Consent Decree and Order filed in this matter as follows:

1.   On February 8, 2010, the parties filed a Consent Decree and [Proposed] Order with the Court memorializing the terms of the settlement agreement the parties reached in resolution of this matter, prior to trial.

2.   Pursuant to the parties stipulation and good cause appearing, the Court signed the Consent Decree and issued and Order consistent with the terms of the Consent Decree on February 17, 2010.  A copy of the executed Consent Decree and Order is attached hereto as Exhibit 1.

-1-

3. The "Exhibit B" to the previously filed Consent Decree and Order was purported to be the agreed upon deficiency list documenting the matters subject to remedial work in this case.

4. Following the execution of the Consent Decree and Order by the Court, the parties recognized that Exhibit B was not the correct, most current version of the deficiency list. The error was due to a mutual oversight that went unrecognized.

5. To correct this oversight, and to accurately and properly memorialize the terms of the settlement agreement reached by the parties, the parties hereby stipulate and request the Court amend the Consent Decree and Order by incorporating the correct and agreed upon deficiency list. The correct agreed upon deficiency list is attached hereto as Exhibit 2.

6. The parties agree that the scope of the remedial work to be completed by the Defendants is that contained in Exhibit 2.

IT IS SO STIPULATED.

Dated: March 8, 2010                    GORDON & REES LLP

                                        /s/ Jon C. Yonemitsu
                                        By:_____
                                            JON C. YONEMITSU
                                        Attorneys for Defendants
                                        GARIBALDI'S ON PRESIDIO, INC.,
                                        JOHN HURLEY, EDWARD S. NG, KI LAU,
                                        MABEL NG and DAVID N. NG

Dated: March 8, 2010                    LAW OFFICES OF PAUL L. REIN

                                        /s/ Paul L. Rein
                                        By:_____
                                            PAUL L. REIN
                                        Attorneys for Plaintiff
                                        PATRICIA BERNE

IT IS SO ORDERED:

Dated: March 9, 2010                    _____
                                        The Honorable Jeffrey S. White
                                        UNITED STATES DISTRICT COURT

-2-

STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT TO THE CONSENT DECREE AND ORDER – CASE NO. C09-00873 JSW

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

MNTR/1057191/7615425v.1